UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NATHANIEL J. DAVIS, JR., <br><br> Plaintiff, <br><br> v. <br><br> STATE OF WASHINGTON, et al., <br><br> Defendants. | Case No. C09-1504-MJP-BAT <br><br> **ORDER OF DISMISSAL** |

The Court, having reviewed plaintiff's amended complaint, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge , the Objections to the Report and Recommendation, and the remaining record, orders as follows:

(1) The Court adopts the Report and Recommendation.

(2) Plaintiff's amended complaint (Dkt. No. 7) is DISMISSED without prejudice.

(3) The Clerk is directed to terminate this action pursuant to **28 U.S.C. § 1915(e)(2)(B)**, to count this as a dismissal under **28 U.S.C. § 1915(g)**, and to send copies of this Order to Plaintiff and to the Honorable Brian A. Tsuchida.

DATED this  24th   day of    May    , 2010.

Marsha J. Pechman
United States District Judge

ORDER OF DISMISSAL- 1