# United States District Court

WESTERN DISTRICT OF WASHINGTON

NATHANIEL DAVIS

JUDGMENT IN A CIVIL CASE

v.

STATE OF WASHINGTON

CASE NUMBER: C09-1504-MJP-BAT

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that Plaintiff's amended complaint is DISMISSED without prejudice.

May 24, 2010

BRUCE RIFKIN
Clerk

_/s/ Mary Duett_____
By, Deputy Clerk